UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY RAMOS, | CASE NO. CV 20-06531 DMG (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL PALLARES, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  June 14, 2021

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE